MICHELE BECKWITH
Acting United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL ANGEL GUZMAN-CASTRO,<br><br>Defendant. | CASE NO. 1:25-CR-00023-KES-BAM<br><br>**STIPULATION TO VACATE STATUS CONFERENCE AND SET FOR CHANGE-OF-PLEA AND SENTENCING HEARING; AND ORDER**<br><br>DATE: March 24, 2025<br>TIME: 9:30 a.m.<br>JUDGE: Hon. Kirk E. Sherriff |
|---|---|

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant Federal Defender Griffin Estes, counsel for Miguel Angel Guzman-Castro, and Assistant United States Attorney Arelis M. Clemente, counsel for plaintiff, that the Court may vacate the status conference currently scheduled for March 12, 2025, at 1:00 p.m. and set a Change-of-Plea and Sentencing hearing on March 24, 2025, at 9:30 a.m.

The parties have reached a resolution under the Fast-Track Immigration Prosecution Program, pursuant to which Mr. Guzman-Castro has agreed to a pre-plea presentence investigation and to immediate sentence following entry of his guilty plea. Therefore, the parties request that the Court vacate the March 12, 2025 Status Conference and set a Change-of-Plea and Sentencing hearing on March 24, 2025.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within

1

1 which trial must commence, the parties agree that the time period of March 12, 2025, to March 24,
2 2025, inclusive, is excludable pursuant to 18 U.S.C. §§ 3161(h)(1)(G) and (h)(7)(B)(iv). Specifically,
3 the parties agree that the ends of justice served by continuing the case as requested outweigh the interest
4 of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act
5 because the continuance ensures continuity of counsel and the delay results from the court's
6 consideration of the plea agreement.

     IT IS SO STIPULATED.

Respectfully submitted,

Dated: February 14, 2025     HEATHER E. WILLIAMS
Federal Defender

*/s Griffin Estes*
GRIFFIN ESTES
Assistant Federal Defender
Attorney for Miguel Angel Guzman-Castro

Dated: February 14, 2025     MICHELE BECKWITH
Acting United States Attorney

*/s Arelis M. Clemente*
ARELIS M. CLEMENTE
Assistant United States Attorney

## ORDER

IT IS SO ORDERED. The status currently scheduled for March 12, 2025, at 1:00 p.m. is vacated. A Change-of-Plea and Sentencing hearing is hereby set for **March 24, 2025, at 9:30 a.m. before District Court Judge Kirk E. Sherriff**. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of March 12, 2025, to March 24, 2025, inclusive, is excludable pursuant to 18 U.S.C. §§ 3161(h)(1)(G) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: **February 14, 2025**    /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE