HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
GRIFFIN ESTES, CA Bar #322095
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MIGUEL ANGEL GUZMAN-CASTRO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:25-cr-00023-KES-BAM |
|---|---|
| Plaintiff, | ORDER FOR RELEASE |
| vs. | Judge: Hon. Kirk E. Sheriff |
| MIGUEL ANGEL GUZMAN-CASTRO, | |
| Defendant. | |

IT IS HEREBY ORDERED that defendant MIGUEL ANGEL GUZMAN-CASTRO (USM# 57905-511), having been sentenced on today's date to a term of time-served, shall be released from the custody of the United States Marshals forthwith. He is currently housed at the Central Valley Annex.

IT IS SO ORDERED.

Dated:   March 24, 2025

_____
UNITED STATES DISTRICT JUDGE